**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000685**
**03-DEC-2024**
**08:30 AM**
**Dkt. 20 OGMD**

NO. CAAP-24-0000685


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HOWARD H. HAMAMOTO, Claimant-Appellee, v.
STANFORD CARR DEVELOPMENT, LLC;
STANFORD CARR AND KATHY SIU PUNG CARR,
AS TRUSTEES OF THE STANFORD SHIGEO CARR
IRREVOCABLE TRUST AGREEMENT DATED JUNE 4, 1999;
STANFORD S. CARR; and PACIFIC ISLAND REALTY, LLC,
Respondents-Appellants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CSP-22-0000072)


ORDER GRANTING MOTION TO DISMISS APPEAL WITH PREJUDICE
(By:  Leonard, Acting Chief Judge, Hiraoka and Nakasone, JJ.)

Upon consideration of the Notice of Dismissal with Prejudice, which the court construes as a motion to dismiss the appeal, filed November 5, 2024, by Respondents-Appellants Stanford Carr Development, LLC, Stanford Carr and Kathy Siu Pung Carr, as Trustees of the Stanford Shigeo Carr Irrevocable Trust Agreement Dated June 4, 1999, Stanford S. Carr, and Pacific Island Realty, LLC (Appellants), the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) Appellants seek to dismiss the appeal with prejudice; and (3) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed with prejudice.

DATED:  Honolulu, Hawaiʻi, December 3, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge